IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL JOSEPH AMPHLY,

    Plaintiff,

v.                                                                                           No. 24-cv-0335 SMD/GBW

STATE OF NEW MEXICO, *et al.*,

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court following Plaintiff Michael Joseph Amphly's failure to prosecute his Civil Complaint (Doc. 1-1). Plaintiff filed his pro se Civil Complaint in State Court while he was incarcerated at the Penitentiary of New Mexico in Santa Fe, New Mexico. By Order entered January 22, 2025, the Court noted that the New Mexico Corrections Department inmate locator website reflects Plaintiff is no longer in custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* (Doc. 7); https://www.cd.nm.gov/offender-search/ (noting alias for Plaintiff is "Michael Amphy"). The Court directed Plaintiff to update his address in writing within thirty days. (Doc. 7). The Order warned that the failure to timely comply may result in dismissal of this action without further notice. *Id.*

The deadline to provide a new address was February 21, 2025. Plaintiff did not comply or otherwise respond to the Order, which was returned as undeliverable. (Docs. 8, 9). Accordingly, the Court will dismiss the Civil Complaint without prejudice under Fed. R. Civ. P. 41(b) "for failure to … comply with [civil rules and] court orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n.3

(10th Cir. 2003). The Court will deny as moot Defendant Lujan Grisham's Motion to Dismiss (Doc. 3).

**IT IS THEREFORE ORDERED** that Plaintiff Michael Joseph Amphly's Civil Complaint (Doc. 1-1) is **DISMISSED without prejudice**; Defendant Lujan Grisham's Motion to Dismiss (Doc. 3) is **DENIED as moot**; and the Court will enter a separate judgment closing this civil case.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE